**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1116

STEVEN OWENS,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

Appeal from the United States District Court for the Western
District of Virginia, at Abingdon.  James P. Jones, Chief District
Judge.  (1:05-cv-00037-jpj)

Submitted:  October 31, 2006          Decided:  January 9, 2007

Before WILKINSON, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph E. Wolfe, Norton, Virginia, for Appellant.  Donna L.
Calvert, Regional Chief Counsel, William B. Reeser, Supervisory
Regional Counsel, Reesha Kang Trznadel, Assistant Regional Counsel,
Philadelphia, Pennsylvania, John L. Brownlee, United States
Attorney, Sara Bugbee Winn, Assistant United States Attorney,
Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Owens appeals the district court's order accepting the magistrate judge's recommendation to affirm the Commissioner's denial of disability insurance benefits. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2000); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have thoroughly reviewed the administrative record and the parties' briefs and find no reversible error. Accordingly, we affirm. See Owens v. Barnhart, No. 1:05-cv-00037-jpj (W.D. Va. Nov. 18, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED